PER CURIAM.

(No. 73-CC-470—Claimant ▮▮▮▮▮▮▮

SCHUSTER EQUIPMENT COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 2, 1974.*

DONALD L. MROZEK AND HINSHAW, CULBERTSON, MOEL-MANN, HOBAN AND FULLER, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-
KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.